

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-17-00642-CV

**IN THE INTEREST OF A.B.S., A CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17935
Honorable David A. Canales, Judge Presiding

# O R D E R

This is a restricted appeal from the trial court's order rendered on April 4, 2017 regarding a modification of the parent-child relationship. Appellant filed its notice of appeal on October 4, 2017 in this court, and a copy of the notice of appeal was sent by this court to the trial court on October 5, 2017. *See* Tex. R. App. P. 26.1(c). Accordingly, the clerk's record was due in this court on November 6, 2017. *See id.* R. 35.1(c). On November 8, 2017, the Bexar County District Clerk filed a notification of late record stating that the clerk's record would not be filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee. Accordingly, we ordered appellant to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* Tex. R. App. P. 20.1; *id.* R. 35.3(a).

On November 17, 2017, appellant filed proof that he had provided payment to the district clerk for preparation of the clerk's record. Accordingly, we **ORDER** the Bexar County District Clerk to file the clerk's record in this court on or before **December 20, 2017.**

We **order** the clerk of this court to serve a copy of this order on the district clerk and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court